**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Edwin Ehlers and Angela Ehlers,                                      Civil No. 16-30 (DWF/TNL)

          Plaintiffs,

v.                                                                                          **ORDER ADOPTING REPORT**
                                                                                                          **AND RECOMMENDATION**

The United States Navy; The United States
Marine Corps; The United States Army;
The Naval Criminal Investigative Service;
The Office of the Judge Advocate General;
United States Disciplinary Barracks at
Fort Leavenworth; Brian E. Kasprzyk;
Gloria J. Johnson; Randi J. Hester;
Stacey L. Skovranko; John E. Ellis;
Clay A. Plummer; Arthur R. Spafford, Jr.;
Eric R. Meulenberg;, Michael J. Melocowsky;
and Paul J. Skovranko,

          Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated March 14, 2016.  No objections have been filed to that Report and Recommendation in the time period permitted.  The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.  Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

# ORDER

1. Magistrate Judge Tony N. Leung's March 14, 2016 Report and Recommendation (Doc. No. [23]) is **ADOPTED**.

2. Counts One through Twenty-Two of the amended complaint are **DISMISSED WITHOUT PREJUDICE.**

3. Count Twenty-Three is **DISMISSED WITH PREJUDICE.**

4. Defendant Paul and Stacey Skovranko's Motion to dismiss (Doc. No. [11]) is **DENIED WITHOUT PREJUDICE AS MOOT.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 18, 2016            s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge